UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| FIRST ASSEMBLY OF GOD CHURCH, INC. OF LEESVILLE, LOUISIANA | CIVIL ACTION NO. 2:21-cv-00378 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | MAGISTRATE KATHLEEN KAY |

## MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION

Defendant, Church Mutual Insurance Company, S.I. ("Church Mutual"), submits this Memorandum in Support of its Motion for Reconsideration of its previously filed Motion to Continue.[1] Church Mutual's Motion for Reconsideration relates to the Court's Order issued on May 13, 2022 denying the Motion to Continue. Church Mutual respectfully requests reconsideration of the Order for the following reasons:

Sidney W. Degan, III, Lead Counsel for Church Mutual, is scheduled to appear in front of this Honorable Court on September 6, 2022 in the above-named case, as well as case no. 2:21-cv-02039, *"First Pentecostal Church of Starks, Louisiana v. Church Mutual Insurance Company."* As stated in Church Mutual's Motion to Continue, allowing the two cases to be scheduled for the same day would provide substantial hardship to Church Mutual. Lead counsel would be required to prepare for two separate cases, which are both substantial. Full attention of Lead Counsel should be on one case at a time.

Courts have granted Motions to Continue for reasons in the interest of justice and fairness.[2] Church Mutual is the named Defendant, and same client of Lead Counsel in both matters scheduled

---

[1] See Doc. 20.
[2] See *Smalls v. Glob. Indus., Ltd.*, No. CIV. A. 98-0707, 1999 WL 225444, at *5 (E.D. La. Apr. 15, 1999).

for the September 6, 2022 trial date. Allowing trial to move forward for both matters would not be equitable to Church Mutual, as it will not know which will go forward until the day of trial. For reasons of fairness and equity, Church Mutual respectfully requests that this Court reconsider its Motion to Continue.

Finally, the trial date of September 6, 2022 was chosen unilaterally without the input of Church Mutual. Church Mutual was not afforded the opportunity to voice its concerns of having two trials for its Lead Counsel in two matters set for the same date. Church Mutual thus respectfully requests this Court to reconsider its Motion to Continue to give Church Mutual an opportunity to participate in the scheduling of its trial.

## CONCLUSION

For the foregoing reasons, Church Mutual respectfully requests this Honorable Court reconsider its Motion to Continue trial.

\

> Respectfully submitted,
>
> DEGAN BLANCHARD & NASH
>
> SIDNEY W. DEGAN, III #4804
> 400 Poydras Street, Suite 2600
> New Orleans, Louisiana 70130
> Telephone: 504.529.3333
> Facsimile: 504.529.3337
> E-mail: sdegan@degan.com
>
> By: _s/Mandy A. Simon_
>     MANDY A. SIMON #33373
>     600 Jefferson Street, Suite 800
>     Lafayette, Louisiana 70501-8920
>     Telephone: 337.345.8628
>     Facsimile: 337.345.5732
>     E-mail: msimon@degan.com
>
> *Counsel for CHURCH MUTUAL INSURANCE COMPANY, S.I.*

{01071640.DOCX;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, a copy of the foregoing was sent in accordance with the Federal Rules of Civil Procedure to the following counsel of record via electronic mail.

Galen M. Hair
Madison C. Pitre
HAIR SHUNNARAH TRIAL ATTORNEYS, LLC
3540 S. I-10 Service Road West, Suite 300
Metairie, Louisiana 70001

Derrick G. Earles
LABORDE EARLES LAW FIRM, LLC
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508

/s Mandy A. Simon
MANDY A. SIMON

{01071640.DOCX;1}