UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**FIRST ASSEMBLY OF GOD CHURCH INC OF LEESVILLE L**     **CASE NO. 2:21-CV-00378**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**CHURCH MUTUAL INSURANCE CO S I**     **MAGISTRATE JUDGE LEBLANC**

## MEMORANDUM RULING

Before the Court is a "Memorandum in Support of Motion for Bill of Costs" (Doc. 154) filed by Plaintiff, First Assembly of God Church, Inc. ("First Assembly") as the prevailing party in this matter. Church Mutual Insurance Co. S.I. ("Church Mutual") responded to the Motion and First Assembly has filed its reply.[1] In our Memorandum Ruling,[2] the Court informed the parties that it would assess the costs in a later ruling after the appellate process. On February 1, 2024, the Clerk issued its taxation of costs and set a deadline of seven (7) days for any party to response and/or object.[3] No response was filed. As such, the Court will adopt the Clerk of Court's taxation of costs as follows:

| | |
|---|---|
| Filing Fees | $ 402.00 |
| Secretary of State Filing Fee | $ 50.00 |
| Randy Thompson transcription costs | $1,066.65 |
| Richard Nelson transcription costs | $1,129.75 |
| Kenneth Jones transcription costs | $1,913.13 |
| Lynn Renlund transcription costs | $2,381.90 |
| Video costs | $ 635.00 |
| 2nd Video costs | $ 312.50 |
| Jack Osteen, witness fees | $ 381.95 |
| Jack Osteen, Kenneth Jones, | |

---

[1] See Docs. 155 and 158.
[2] Doc. 156.
[3] Doc. 169.

| | |
|---|---|
| Interstate Process Service | $ 230.00 |
| Jack Osteen/ABC Legal Service[4] | $ 140.00 |
| **TOTAL** | **$8,642.88** |

## CONCLUSION

The Court will grant in part Frist Assembly's Motion for Bill of Costs and in accordance with the Clerk's Taxation of Costs, the Court will issue a separate Judgment in favor of First Assembly and against Church Mutual for a total amount of $8,642.88.

**THUS DONE AND SIGNED** in Chambers on this 25th day of June, 2025.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**

---

[4] Subpoena.