UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST ASSEMBLY OF GOD CHURCH INC OF LEESVILLE L** | **CASE NO. 2:21-CV-00378** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO S I** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM RULING

Before the Court is Plaintiff, First Assembly of God Church, Inc.'s ("First Assembly") "Motion to Set Attorney Fees" (Doc. 191) wherein First Assembly requests that the Court order Defendant Church Mutual Insurance Co. S.I. ("Church Mutual") to pay its attorney fees, prejudicial interest, and post-judgment interest for defending its appeal against Church Mutual after it prevailed at the jury trial and then through the appellate process.

The Court declined First Assembly's request to increase its attorney fee award from 33 1/3% to 40% and ordered First Assembly to submit its attorney fees related to the appellate process.[1] First Assembly has now submitted its attorney fee request, and Church Mutual has responded.

First Assembly hired Thomas Flanagan, Anders Holmgren, and Kansas Guidry of Flanagan Partners LLP ("Flanagan Partners") to perfect its appeal. First Assembly is seeking a total of $213,915.75 in attorney fees broken down as follows:

    Flanagan Partners                                                        $96,278.75[2]

---

[1] See Doc. 202, Memorandum Order.
[2] Flanagan at $500/hour, Holmgren at $375/hour and Guidry at $250/hour plus miscellaneous costs.

| | |
|---|---|
| Hair Shunnarah Trial Attorneys | $76,360.00[3] |
| Laborde Earles | $41,287.00[4] |
| **TOTAL** | **$213,925.75** |

Church Mutual reminds the Court that Plaintiff's trial attorneys have already been awarded 33.3% in attorney's fees for trying the case.[5] The Court has carefully reviewed the parties' briefs and finds that a reasonable attorney fee award for the appellate process is the amount invoiced by the Flanagan Partners, specifically, $96,278.75.

## CONCLUSION

For the reasons explained herein, the Court will grant First Assembly's Motion for Attorney Fees in part, and issue a separate Judgment in favor of First Assembly and against Church Mutual in the total amount of $96,278.75.

**THUS DONE AND SIGNED** in Chambers on this 25th day of June, 2025.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**

---

[3] Hair at $400/hour and Pitre at $300/hour.
[4] Laborde and Earles at $750/hour.
[5] See the Memorandum Ruling setting the attorney fee award at $2,464,443.29. Doc. 156, p. 4.